UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
|---|---|
| This Document Relates to:<br><br>Gloria Ward v. Pfizer Inc    05-4304 CRB<br>Ann Dotson v. Pfizer Inc    06-1879 CRB<br>Dannie Bentley v. Pfizer Inc    06-1879 CRB<br>Della Howard v. Pfizer Inc    06-1879 CRB<br>Jeff Maynard v. Pfizer Inc    06-1879 CRB<br>Maggie Hamilton v. Pfizer Inc    06-1879 CRB<br>Norvell Adkins v. Pfizer Inc    06-1879 CRB<br>Opal Howard v. Pfizer Inc    06-1879 CRB<br>Polly Fyffe v. Pfizer Inc    06-1879 CRB<br>Ricky Caudill v. Pfizer Inc    06-1879 CRB<br>Tammie Sheets v. Pfizer Inc    06-1879 CRB<br>Virginia Brock v. Pfizer Inc    06-1879 CRB<br>William Barnette v. Pfizer Inc    06-1879 CRB<br>Whilemenia Thomas v. Pfizer Inc    06-2680 CRB<br>Dianna Johnson v. Pfizer Inc    06-3526 CRB<br>Hedda Frank v. Pfizer Inc    06-3526 CRB<br>Jewel Verdin v. Pfizer Inc    06-3527 CRB<br>Annie Gerald v. Pfizer Inc    06-3528 CRB<br>Betty Karnes v. Pfizer Inc    06-3528 CRB<br>Carolyn Belcher v. Pfizer Inc    06-3528 CRB<br>Charles Smith v. Pfizer Inc    06-3528 CRB<br>Doris Hopkins v. Pfizer Inc    06-3528 CRB<br>Freddie Tackett v. Pfizer Inc    06-3528 CRB<br>James Addair v. Pfizer Inc    06-3528 CRB<br>James Eubanks v. Pfizer Inc    06-3528 CRB | **ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

| | |
|---|---|
| *Launa Scott v. Pfizer Inc* | 06-3528 CRB |
| *Mona Walker v. Pfizer Inc* | 06-3528 CRB |
| *Nancy Colley v. Pfizer Inc* | 06-3528 CRB |
| *Priscilla Lebeaud v. Pfizer Inc* | 06-3528 CRB |
| *Sofya Prilutskyaya v. Pfizer Inc* | 06-3528 CRB |
| *Stanley Borden v. Pfizer Inc* | 06-3528 CRB |
| *Terry X v. Pfizer Inc* | 06-3528 CRB |
| *Beatrice Altazin v. Pfizer Inc* | 06-3528 CRB |
| *Catherine Perry v. Pfizer Inc* | 06-3528 CRB |
| *Joseph Eckenrod v. Pfizer Inc* | 06-3528 CRB |
| *Donald Schultz v. Pfizer Inc* | 06-6548 CRB |
| *Barbara Boe v. Pfizer Inc* | 07-1973 CRB |
| *Daniel Renfro v. Pfizer Inc* | 07-2144 CRB |
| *Jo Ann Bradley v. Pfizer Inc* | 07-2144 CRB |
| *Nancy Reynolds v. Pfizer Inc* | 07-2144 CRB |
| *Ronnie Castle v. Pfizer Inc* | 07-2144 CRB |

Now pending before the Court are the motions of Becnel Law Firm, L.L.C., counsel for the above-named Plaintiffs, to withdraw as counsel of record for the above-named Plaintiffs.

After carefully considering the motions, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If any Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court **in writing** on or before _August 20_, 2010 of the reasons the withdrawal should not be granted or the case dismissed. If any Plaintiff will be proceeding without a lawyer, such Plaintiff must advise the Court of how the Court should contact Plaintiff.

Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing as set forth above may result in dismissal of Plaintiffs' claims with prejudice.

1 | Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.

2 | **IT IS SO ORDERED**

3 |

4 | Dated: July 28, 2010

5 | Hon. Charles R. Breyer
United States District Court

-3-

**ORDER RE: MOTION TO WITHDRAW AS COUNSEL**

EAST/43102419.1